UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 11  A 9: 37

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LOUISIANA ACORN FAIR HOUSING, ORGANIZATION<br>    Plaintiff | *    CASE NO.: 00-0019 <br> * <br> * |
| VERSUS | *    Sect. T  Mag. 4 <br> * |
| MARCEL J. JAFFE<br>    Defendant | * <br> * |

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, though undersigned counsel, comes Plaintiff, ACORN, which respectfully represent the following:

That Denise N. Pettijohn, LA #26463, has heretofore represented the plaintiff, ACORN, and that Denise N. Pettijohn desires to enroll as co-counsel in this cause.

**WHEREFORE**, Plaintiff, ACORN, requests that this Honorable Court issue an order enrolling the aforesaid as co-counsel of record.

DATE OF ENTRY FEB 15 2000

Respectfully submitted:

_____
Spencer Livingston, LA#1184
ALERT
1024 Elysian Fields Avenue
New Orleans, Louisiana 70117
Telephone: (504) 948-9560
Fax: (504) 944-7078

Fee_____
Process_____
X Dktd_____
√ CtRmDep_____
Doc.No.___3___

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING, ORGANIZATION<br>    Plaintiff | * * * * | CASE NO.: 00-0019 |
| VERSUS | * * | Sect. T  Mag. 4 |
| MARCEL J. JAFFE<br>Defendant | * * | |

## ORDER

THE FOREGOING MOTION CONSIDERED:

IT IS ORDERED that Denise N. Pettijohn, LA #26463, be and hereby is enrolled as co-counsel of record in this case.

Granted this 14th day of February, 2000, at New Orleans, Louisiana.

_____
JUDGE