May 31  3 49 PM '00

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC. | * | CIVIL ACTION NO.: 00-0019 |
| | * | SECTION : "T" |
| VERSUS | * | MAGISTRATE: "4" |
| MARCEL J. JAFFE | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS' UNOPPOSED EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, comes defendant, Colony Insurance Company ("Colony"), sought to be made defendant herein, who, in response to the cross-claim of Marcel J. Jaffe, respectfully represents that undersigned counsel has just received notice of this claim and that the preparation of responsive pleadings will not be possible within the required deadlines.

Accordingly, Colony respectfully requests an additional ~~thirty (30)~~ 20 days within which to complete its initial investigation and within which to answer the cross-claim or otherwise plead with full reservation of all rights of this defendant, including the right to object to the jurisdiction of this Honorable Court.

This is the first such extension of time requested by defendant. Defendant has contacted cross-claimant's attorney who has no objection to this request.

DATE OF ENTRY
JUN 5 2000

Respectfully Submitted,

**CHOPIN, WAGAR, COLE, RICHARD, REBOUL & KUTCHER, LLP**

By: _____
KEVIN L. COLE (#4248)
JOHN I. GOODWIN (#21299)
Two Lakeway Center - Suite 900
3850 N. Causeway Blvd.
Metairie, LA 70002-1752
Telephone No. (504) 830-3833 *Direct Line*
Telefax No. (504) 836-9564 *Direct Fax*
**Attorneys for Defendant,
Colony Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 31ST day of May, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery                    ( X ) **Prepaid U.S. Mail**
( ) Facsimile                        ( ) UPS/Federal Express

TO:

E. Ross Buckley, Jr., Esq.
Buckley & Hayes, L.L.P.
1010 Common Street, Suite 2500
New Orleans, Louisiana 70112

Denise N. Pettijohn, Esq.
1024 Elysian Fields Avenue
New Orleans, LA 70117

_____
JOHN I. GOODWIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA ACORN FAIR HOUSING, INC.** | * | CIVIL ACTION NO.: 00-0019 |
| | * | SECTION : "T" |
| **VERSUS** | | |
| | * | MAGISTRATE: "4" |
| **MARCEL J. JAFFE** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing *Defendant's Unopposed Motion For Extension Of Time In Which to File Responsive Pleadings*;

**IT IS ORDERED** by the Court that the defendant, Colony Insurance Company, be and is hereby granted an additional ~~thirty (30)~~ 20 days from the date of this Order within which to answer or otherwise plead to the cross claim of Marcel J. Jaffe, with full reservation of all rights of this defendant, including the right to object to the jurisdiction of this Court.

New Orleans, Louisiana, this 2nd day of June, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE