FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -1 AM 9:31

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**JULY 31, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ACORN FAIR HOUSING, INC. | CIVIL ACTION |
| versus | NUMBER 00-0019 |
| MARCEL J. JAFFE, ET AL. | SECTION "T" (4) |

A settlement conference is scheduled in the above-captioned case on Tuesday, September 5, 2000 at 2:00 P.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

**On or before August 31, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994. All counsel are to have access to someone with full settlement authority.**

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
AUG 2 2000

___Fee_____
___Process___
X _Dktd_ ___
___CtRmDep___
___Doc.No. 13___