

MINUTE ENTRY
PORTEOUS, J.
August 16, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA ACORN FAIR HOUSING ORGANIZATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0019** |
| **MARCEL J. JAFFE, et al.** | **SECTION "T" (4)** |

### ORDER

One of the Defendants to the above-captioned matter, Marcel Jaffe, has filed a Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. In addition, Jaffe has requested that the Court hear said motion with oral argument. Deeming the Defendant's request reasonable,

**IT IS ORDERED** that the hearing on the above-referenced Motion for Summary Judgment shall commence *with oral argument* at **10:00 A.M.** on **Wednesday, August 30, 2000.**

DATE OF ENTRY
AUG 1 6 2000

G. Thomas Porteous, Jr.
United States District Judge

Fee_____
Process_____
X / Dktd_____
CtRmDep_____
Doc.No._16_