```
                                    FILED
                                U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2000 AUG 25 PM 2: 14

                                LORETTA G. WHYTE
                                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR | * | CIVIL ACTION NO. 00-0019 |
| HOUSING ORGANIZATION | * | |
| | * | SECTION "T"  MAG. 4 |
| VERSUS | * | |
| | * | JUDGE G. THOMAS PORTEOUS, JR. |
| MARCEL JAFFE and | * | |
| COLONY INSURANCE COMPANY | * | MAGISTRATE KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE REPLY TO LAFHO'S MEMORANDUM
IN OPPOSITION TO MARCEL JAFFE'S MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Marcel Jaffe, who respectfully requests that he be allowed to respond to the Opposition Memorandum filed on behalf of Louisiana ACORN Fair Housing Organization (LAFHO). Mr. Jaffe believes that there are statements made therein that are incorrect and that must be addressed. A copy of this Motion and

```
DATE OF ENTRY
AUG 2 9 2000
```



```
___Fee_____
___Process__
 X _Dktd____
 _ CtRmDep__
   Doc.No. 18
```

the Reply Memorandum were sent to opposing counsel on _____, 2000.

                                      Respectfully submitted,

                                      _____
                                      E. ROSS BUCKLEY, JR.    #3627
                                      BUCKLEY & HAYES, L.L.P.
                                      1010 Common Street, Ste. 2500
                                      New Orleans, LA  70112
                                      Telephone:  (504) 523-5100
                                      Fax:  (504) 523-5698
                                      Attorneys for defendant,
                                      Marcel Jaffe

## ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED that defendant, Marcel Jaffe, may file the attached Reply Memorandum.

New Orleans, Louisiana, this 28th day of August, 2000.

_____
JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on counsel for all parties by placing same in the United States mail, properly addressed and postage prepaid on the 25 day of Aug, 2000.

                                      _____
                                      E. ROSS BUCKLEY, JR.