```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA   2000 SEP -5  AM 11:28

                                              LORETTA G. WHYTE
LOUISIANA ACORN FAIR HOUSING ORG.             CIVIL ACTION
                                                     CLERK
VERSUS                                        NO. 00-19

MARCEL J. JAFFE                               SECTION T


              JUDGE G. THOMAS PORTEOUS PRESIDING

COURTROOM DEPUTY:  RICHARD WINDHORST
COURT REPORTER:    KAREN ANDERSON IBOS
AUGUST 30, 2000      10:00 A.M.

APPEARANCES:   DENISE PETTIJOHN FOR PLT.
               ELLIOT BUCKLEY, JR. FOR MARCEL JAFFE.

MARCEL JAFFE'S MTN. FOR SUMMARY JUDGMENT  (DOC.14)
ORDERED:  SUBMITTED.
```

DATE OF ENTRY  SEP 5 2000

__FEE_____
__PROCESS____
__CHARGE_____
__INDEX__ 9y__
__ORDER_____
__HEARING____
DOCUMENT NO. 20