IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP -7 AM 10: 02

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING, ORG. | * | CASE NO.: 00-0019 |
| Plaintiff | * | |
| | * | |
| VERSUS | * | SECTION T MAG. 4 |
| | * | |
| JAFFE and | * | |
| COLONY INSURANCE | * | |
| Defendants | * | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
AND AFFIDAVIT TO OPPOSITION TO SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes LAFHO, who hereby requests leave of court to file the attached supplemental memorandum and affidavit in support of its opposition to Defendant's motion for summary judgment for the following reasons:

1. The issue before the Court—the standing of organizations under the Fair Housing Act—is a difficult one and has been subject to inconsistent treatment by various courts. (See generally discussion in original memoranda filed by the parties.) Even within the Fifth Circuit, this issue has been the subject of opinions that have provided somewhat confusing guidance on the issue. The Fifth Circuit's opinion in *Louisiana ACORN Fair Housing, Inc. v. LeBlanc*, 211 F.3d 298 (5th Cir. 2000), *ACORN v. Fowler*, 178 F.3d 350, 357-58 (5th Cir. 1999), and *Cleburne Living Center, Inc. v. City of Cleburne*, 726 F.2d 191, 203 n.16 (5th Cir. 1984) have all treated this issue in ways which have some apparent inconsistencies.

DATE OF ENTRY
SEP 7 2000

___Fee___
___Process___
X_Dktd___ *CH*
___CtRmDep___
Doc.No._21_

2. Because the only plaintiff in this case is LAFHO, the Court's decision regarding its standing will be dispositive. Moreover, similar motions are pending in two similar cases brought by LAFHO—*Louisiana ACORN Fair Housing Organization v. Sere*, 99-3337, Section "B", (4); and *Louisiana ACORN Fair Housing Organization v. Watkins*, 00-0045, Section "S", (4). The court's decision in this case may influence the decision of the judges in these similar cases. Thus, the decision before this Court is one which may have affect beyond this case.

3. After filing its original opposition memorandum, Plaintiff's counsel reviewed similar oppositions filed by counsel in the two other disability cases – *Sere and Watkins*. There are facts (and arguments) raised in *Watkins*, which perhaps explore certain aspects of standing in somewhat more detail. In the interest of ensuring that facts relevant in all cases are fully brought to the Court's attention, Plaintiff would like to file this supplemental memorandum and affidavit.

WHEREFORE, for the foregoing reasons, Plaintiff hereby requests that leave be granted to file the attached supplemental memorandum and affidavit.

Respectfully Submitted,

Denise N. Pettijohn, LA# 46263
ALERT
1024 Elysian Fields
New Orleans, LA 70117
(504) 948-9560

## CERTIFICATE OF SERVICE

     I hereby certify that on the 6th day of September, 2000, a copy of the foregoing was served by depositing same in the U.S. Mail, postage prepaid and properly addressed to the following:

E. Ross Buckley, Jr.
Buckley & Hayes
1010 Common Street
Suite 2500
New Orleans, LA 70112

Denise N. Pettijohn

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA ACORN FAIR HOUSING, ORG.** * <br> **Plaintiff** * <br> * <br> **VERSUS** * <br> * <br> **JAFFE and** * <br> **COLONY INSURANCE** * <br> **Defendants** * | **CASE NO.: 00-0019** <br><br> **SECTION T  MAG. 4** |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave To File Supplemental Memorandum And Affidavit To Opposition To Summary Judgment,

IT IS ORDERED that Louisiana Acorn Fair Housing Organization, plaintiff in civil action number 00-0019, be, and is hereby, granted leave of this Court to file a Supplemental Memorandum And Affidavit To Opposition To Summary Judgment.

New Orleans, Louisiana, this ___ day of _____ 2000.

_____
Judge G. Thomas Porteous
UNITED STATES DISTRICT JUDGE