

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA ACORN FAIR HOUSING ORGANIZATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0019** |
| **MARCEL J. JAFFE, et al.** | **SECTION "T" (4)** |

## JUDGMENT

The Court has granted the Motion of the Defendant for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment entered in favor of the Defendants, Marcel J. Jaffe and Colony Insurance, and against the Plaintiff, Louisiana ACORN Fair Housing Organization, dismissing each of the Plaintiff's claims **WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all costs of this litigation shall be borne by the Plaintiff, and that the Plaintiff must reimburse the Defendant's attorney fees *up to* an amount of *one thousand ($1,000) dollars*.

New Orleans, Louisiana, this ____ day of September, 2000.

DATE OF ENTRY
SEP 8 2000

G. Thomas Porteous, Jr.
United States District Judge