

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 22 P...

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA ACORN FAIR HOUSING, ORG.** | * | **CASE NO.: 00-0019** |
| Plaintiff | * | |
| | * | **SECTION T** |
| **VERSUS** | * | **Judge Porteous** |
| | * | **MAG. 4** |
| **JAFFE and** | * | **Magistrate Judge Roby** |
| **COLONY INSURANCE** | * | |
| Defendants | * | |

### PLAINTIFF'S MOTION FOR ORAL ARGUMENT

NOW COMES Plaintiff, Louisiana ACORN Fair Housing Organization, Inc. through the undersigned attorney and respectfully requests oral argument on Plaintiff's motion for reconsideration before the Honorable Judge Porteous, for the reasons set forth in the attached memorandum.

Respectfully Submitted,

_____
Spencer Livingston    LA # 1184
Denise N. Pettijohn   LA # 26463
ALERT
1024 Elysian Fields Avenue
New Orleans, LA 70117
504-948-9560
Attorneys for Plaintiff

DATE OF ENTRY
SEP 2 8 2000

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served by mail, postage prepaid this 20th day of October, 2000 to:

E. Ross Buckley, Jr.
1010 Common Street
Suite 2500
New Orleans, LA 70112

John I. Goodwin
Chopin, Wager, Cole
Two Lakeway Center
3850 North Causeway Boulevard
Suite 900
Metairie, Louisiana 70002

Denise N. Pettijohn

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA ACORN FAIR HOUSING, ORG.** * | | **CASE NO.: 00-0019** |
| **Plaintiff** * | | |
| * | | **SECTION T** |
| **VERSUS** * | | **Judge Porteous** |
| * | | **MAG. 4** |
| **JAFFE and** * | | **Magistrate Judge Roby** |
| **COLONY INSURANCE** * | | |
| **Defendants** * | | |

## ORDER

It is ORDERED that oral argument be heard in Plaintiff's Motion to Alter or Amend Judgment on October 25, 2000 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Done at New Orleans, Louisiana, this 25th day of September, 2000.

Judge G. Thomas Porteous
District Court Judge

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LOUISIANA ACORN FAIR HOUSING, ORG.** * | | **CASE NO.: 00-0019** |
| **Plaintiff** * | | |
| * | | **SECTION T** |
| **VERSUS** * | | **Judge Porteous** |
| * | | **MAG. 4** |
| **JAFFE and** * | | **Magistrate Judge Roby** |
| **COLONY INSURANCE** * | | |
| **Defendants** | | |

### MEMORANDUM IN SUPPORT OF
### PLAINTIFF'S MOTION FOR ORAL ARGUMENT

MAY IT PLEASE THE COURT:

Plaintiff filed its complaint, against Marcel J. Jaffe alleging violations of the Federal Fair Housing Act, Title VIII of the Civil Rights Act, codified at 42 U.S.C. §3601, *et seq.*, and under Louisiana law, La. Rev. Stat. 51:2601, *et. seq.*, the Louisiana Open Housing Act, on January 4, 2000. Both Plaintiff and Defendant proffered discovery. A trial was set for January 29, 2001.

Defendant, Jaffe, filed a motion for summary judgment on August 11, 2000. Subsequently, LAFHO timely filed its memorandum in opposition. LAFHO filed a supplemental memorandum in opposition and an affidavit in order to ensure that the facts provided to the Court were sufficiently clear and contained sufficient details.

The court granted Defendant's motion for Summary Judgment on September 7, 2000. In addition, the court granted Defendant up to $1000.00 in attorney's fees.

Thus, Plaintiff has respectfully moved the court to reconsider the award of attorney's fees. An award of attorney's fees to a Defendant in civil rights cases, such as the instant case, is rare and only done in extreme circumstances. Such an award can have a chilling effect on filing important civil rights cases. Therefore, plaintiff has asked the court to reconsider and vacate the award of attorney's fees.

## II. ARGUMENT

Plaintiff has set the Motion to Amend or Alter the Judgment on April 12, 2000. Pursuant to Fed. R. Civ. Pro. LR 7.2E, Plaintiff has given fifteen days notice of the hearing. Therefore, pursuant to Fed. R. Civ. Pro. LR 7.5E Defendant will submit its Memorandum in Opposition on October 17, 2000, eight days prior to the hearing.

Defendant, Colony Insurance, filed a motion for attorney's fees on September 21, 2000. Plaintiff will submit its Memorandum in Opposition by October 17, 2000, eight days prior to the hearing. Many of the arguments against awarding attorney's fees to Colony Insurance will be the same as the arguments against the award of attorney's fees for Jaffe.

Plaintiff respectfully submits that judicially economy would best be served by allowing the Plaintiff and both Defendants oral argument on the shared hearing date. Plaintiff and Defendants knowledge of the history of this case will allow them to succinctly summarize the information regarding the appropriateness of fees. Furthermore,

if oral argument is granted, Plaintiff and the Defendants will be available to answer questions the Court may have regarding the procedural posture of the case.

## CONCLUSION

Plaintiff submits that it would be in the best interest of judicial economy and justice to set this matter for oral argument. Therefore, Plaintiff respectfully requests oral argument on its Motion to Alter and Amend Judgment and Defendant's Motion for Attorney's Fees.

                                            Respectfully submitted,

                                            Spencer Livingston    LA  1184
                                            Denise N. Pettijohn    LA 26463
                                            ALERT
                                            1024 Elysian Fields Avenue
                                            New Orleans, LA  70117
                                            504-948-9560

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by mail, postage prepaid this 20th day of October, 2000 to:

F. Ross Buckley, Jr.
1010 Common Street
Suite 2500
New Orleans, LA 70112

John I. Goodwin
Chopin, Wager, Cole
Two Lakeway Center
3850 North Causeway Boulevard
Suite 900
Metairie, Louisiana 70002

_____
Denise N. Pettijohn