



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -3  PM 3: 59

LOR___A G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING ORG. | * | CASE NO.:   00-0019 |
| Plaintiff | | |
| | * | SECTION:   "T" |
| versus | | |
| | * | MAGISTRATE: 4 |
| JAFFE and COLONY INSURANCE | | |
| Defendant | * | **JURY DEMAND** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Kevin L. Cole of the firm Chopin, Wagar, Cole, Richard,

Reboul & Kutcher, LLP, who respectfully moves this Court for an Order withdrawing John I.

Goodwin as co-counsel of record for defendant, Colony Insurance Company, on the grounds that

he is no longer affiliated with the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher,

LLP, and he is no longer counsel of record.

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD,
REBOUL & KUTCHER, LLP**

By: _Kevin L. Cole_

**KEVIN L. COLE, T.A. (#4248)**
Three Sanctuary Boulevard, Suite 301
Mandeville, Louisiana  70471
(504) 674-6700  DIRECT LINE
(504) 836-9542  DIRECT FAX
**Attorney for Defendant,**
Colony Insurance Company

DATE OF ENTRY

OCT 5   2000

1

## CERTIFICATE OF SERVICE

I hereby certify that I have on this $3$ day of October , 2000, served a

copy of the foregoing pleading on all counsel for all parties by:

(  ) Hand Delivery          ( X ) Prepaid U.S. Mail
(  ) Facsimile               ( ) UPS/Federal Express

TO:

        E. Ross Buckley, Jr., Esq.
        Buckley & Hayes, L.L.P.
        1010 Common Street, Suite 2500
        New Orleans, Louisiana  70112

        Denise N. Pettijohn, Esq.
        1024 Elysian Fields Avenue
        New Orleans, LA  70117

KEVIN L. COLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING ORG.<br>    Plaintiff | * | CASE NO.:    00-0019 |
| | * | SECTION:    "T" |
| versus | | |
| | * | MAGISTRATE:  4 |
| JAFFE and COLONY INSURANCE<br>    Defendant | * | **JURY DEMAND** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that John I. Goodwin be and he is hereby withdrawn as co-counsel of record for defendant Colony Insurance Company.

New Orleans, Louisiana, this ___4th___ day of ___October___, 2000.

_____
J U D G E

3