```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2000 OCT 11  PM 1:34

                                    LORETTA G. WHYTE
                                         CLERK
```

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**OCTOBER 10, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LOUISIANA ACORN FAIR HOUSING INC. | CIVIL ACTION |
| VERSUS | NUMBER 00-0019 |
| MARCEL J. JAFFE, ET AL. | SECTION "T" (4) |

Following discussions among the parties, all claims asserted by plaintiff against Marcel Jaffe, claims asserted by Marcel Jaffe against plaintiff, including claims for attorney's fees, have settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

DATE OF ENTRY
OCT 12 2000

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

___Fee_____
___Process__
_X_Dktd_____
___CtRmDep__
Doc.No. 31