```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                      2000 OCT 13  AM 2:38
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **LOUISIANA ACORN FAIR HOUSING, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 00-0019** |
| **MARCEL J. JAFFE, ET AL.** | **SECTION "T" (4)** |

## PARTIAL ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff that a settlement and compromise has been reached as to claims asserted by plaintiff against Marcel Jaffe, claims asserted by Marcel Jaffe against plaintiff, including claims for attorney's fees; accordingly,

**IT IS ORDERED** that claims asserted by plaintiff against Marcel Jaffe, claims asserted by Marcel Jaffe against plaintiff, including claims for attorney's fees, are hereby dismissed without costs, but without prejudice to the right, upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

All other claims asserted by plaintiff are unaffected by this order.

New Orleans, Louisiana, this 11th day of October, 2000.

DATE OF ENTRY
OCT 13 2000

_____
UNITED STATES DISTRICT JUDGE