

```
                                          FILED
                                      U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2000 OCT 19 PM 3:51

                                      LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA ACORN FAIR HOUSING ORG. | * | CASE NO.: 00-0019 |
| Plaintiff | | |
| | * | SECTION: "T" |
| versus | | |
| | * | MAGISTRATE: 4 |
| JAFFE and COLONY INSURANCE | | |
| Defendant | * | **JURY DEMAND** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO ENROLL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Colony Insurance Company, and upon suggesting to the court that Kevin L. Cole of the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, LLP, has heretofore represented the defendant herein; and upon further suggesting to the Court that DIANA L. TONAGEL of the same law firm should be enrolled as additional counsel of record;

It is respectfully requested that this Honorable Court enter an Order allowing DIANA L. TONAGEL to be enrolled as additional Counsel of Record for defendant, Colony Insurance Company.

```
DATE OF ENTRY
OCT 25 2000
```

1

# ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that DIANA L. TONAGEL of the law firm of Chopin, Wagar, Cole, Richard, Reboul & Kutcher, L.L.P. be and is hereby enrolled as additional counsel for defendant, Colony Insurance Company.

New Orleans, Louisiana this 23rd day of October, 2000.

_____
JUDGE – DIVISION "L"

Respectfully submitted,

**CHOPIN, WAGAR, COLE, RICHARD REBOUL & KUTCHER, L.L.P.**

_____
**KEVIN L. COLE (Bar No. 4248)**
**DIANA L. TONAGEL (Bar No. 21094)**
Two Lakeway Center, Suite 900
3850 N. Causeway Blvd.
Metairie, LA 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9540
*Attorney for defendant,*
*Colony Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of October, 2000, served a copy of the foregoing pleading on all counsel for all parties by:

( ) Hand Delivery      (✓) Prepaid U.S. Mail
( ) Facsimile      ( ) UPS/Federal Express

TO:

E. Ross Buckley, Jr., Esq.
Buckley & Hayes, L.L.P.
1010 Common Street, Suite 2500
New Orleans, Louisiana 70112

Denise N. Pettijohn, Esq.
1024 Elysian Fields Avenue
New Orleans, LA 70117

_____
KEVIN L. COLE